UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

OCT 29 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Theodore Blandford )
216825 )
1731 13th South Rd. )
Arlington, VA. 22204 )
(Enter your full name, prison number
and address)

v.

D.C. Jail )
_____ )
_____ )
_____ )
(Enter the full name and address(es),
if know, of the defendant(s) in this
action)

Case: 1:07-cv-01942
Assigned To : Huvelle, Ellen S.
Assign. Date : 10/29/2007
Description: Civil Rights-Non-Employ.

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

Instructions for filing a Complaint by a Prisoner
Under the Civil Rights Act, 42 U.S.C. § 1983

This packet contains one copy of a complaint form and one copy of an application to proceed *in forma pauperis*. To start an action, you must file an original and one copy of this complaint form.

Your complaint must be clearly handwritten or typewritten and you must sign and declare under penalty of perjury that the facts are correct. If you need additional space to answer a question, you may use another blank page.

Your complaint can be brought in this Court only if one or more of the named defendants is located within the District of Columbia. Further, you must file a separate for each claim that you have unless they are related to the same incident or problem. The law requires that you state only facts in your complaint.

You must supply a certified copy of your prison trust account, pursuant to the provisions of 28 U.S.C. §1915, effective April 26, 1996. The filing fee is $350.00. If insufficient funds exist in your prison account at the time of filing your complaint, the court must access, and when funds exist, collect an initial filing fee equal to 20 percent of the greater of:

   (1)   the average monthly deposits to your prison account, or
   (2)   the average monthly balance of your prison account for the prior six-month period.

**RECEIVED**

SEP 17 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

Thereafter, you are required to make monthly payments of 20% of the preceding month's income. The agency having custody over you must forward payments from your account to the clerk of the court each time the amount in the account exceeds $10.00 until the filing fees are paid.

Therefore, before an assessment can be made regarding your ability to pay, you <u>must</u> submit a certified copy of your prison account for the prior six-month period.

When this form is completed, mail it and the copy to the Clerk of the United States District Court for the District of Columbia, 333 Constitution Ave., N.W., Washington, D.C. 20001.

**I.   SUCCESSIVE CLAIMS**

Pursuant to the Prison Litigation Reform Act of 1995, unless a prisoner claims to be in "imminent danger of serious physical injury," he or she may not file a civil action or pursue a civil appeal *in forma pauperis* "if the prisoner has, on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or they failed to state a claim upon which relief could be granted."

**II.  PREVIOUS LAWSUITS**

    A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?   Yes ( )   No (✗)

    B. Have you begun other lawsuits in state or federal court relating to your imprisonment?   Yes ( )   No (✗)

    C. If your answers to A or B is Yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1. Parties to this previous lawsuit.

           Plaintiffs: _____

           Defendants: _____
           _____

        2. Court (If federal court, please name the district; if state court name the county.)
           _____

        3. Docket number: _____

        4. Name of judge to whom case was assigned: _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

### III. PLACE OF CONFINEMENT

Wash. D.C. Jail

A. Is there a prisoner grievance procedure in this institution? Yes (✓) No ( )
If your answer is Yes, go to Question III B. If your answer is No, skip Questions III, B, C and D and go to Question III E.

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? Yes (✓) No ( )

C. If your answer is Yes to Question III B:

1. To whom and when did you complain? To two or Three Case Managers

2. Did you complain in writing? (Furnish copy of the complaint you made, if you have one.) Yes (✓) No ( )

3. What, if any, response did you receive? (Furnish copy of response, if in writing.) They Release me on

4. What happened as a result of your complaint? I was Released from the jail

D. If your answer is No to Question III B, explain why not. _____

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes (✓) No ( )

F. If your answer is Yes to Question III E;

1. To whom and when did you complain? To Case Managers

_For each day that I was held I complain to officals._

2. Did you complain in writing? (Furnish copy of the complaint you made, if you have one.)   Yes ( A )   No ( )

3. What, if any response did you receive? (Furnish copy of response, if in writing.) _The case manager Re-check to see if I was right._

4. What happened as a result of your complaint? _I was set free._

IV. **PARTIES**

In item A below, place your name and prison number in the first blank and your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of Plaintiff: _Theodore Blandford - 216-825_
   Address: _1731 13th. S. Rd. Arlington, VA, 22204_

In item B below, place the full name of the defendant(s) in the first blank, their official position in the second blank, their place of employment in the third blank, and their address in the fourth blank. Do the same for additional defendants, if any.

B. Defendant: _Wash. D.C. Jail and case Managers in the Jail._
   Address: _____

   Defendant: _____
   Address: _____

   Defendant: _____
   Address: _____

   Defendant: _____
   Address: _____

V. **STATEMENT OF CLAIM**

State here briefly as possible the facts of your case. Describe how each defendant is involved. Include the names of other persons involved, dates, and places. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra sheets, if necessary.

The Fact is Ada L. Coleman on the 5th of Jan. 07 paid the Superior Court of Wash. D.C. To Release And They Didn't until seven days later. I Told Them that the Bench Warrant in MD. Was Quashed. One Case Manager from Another And sometime the same case manager Re-Check And I told all of them that it was quashed. Then one of them Fax the Judge and the judge told them the same thing that I were telling them. Seven days later.

## VI.  RELIEF

State briefly exactly what you want the Court to do for you. I want the Court To Order D.C. Jail to Pay me for the seven days that I was held after I made Bond. I want the Court to Order D.C. Jail to pay for lose of pay on three jobs that I were to do. Three jobs would had paid me $12,000.00 in U.S. dollars.

I want the Court to Order D.C. Jail to pay me for the Stress to my love one and to my family, $6000.00 U.S. dollars, and $3000.00 U.S. dollars for Stress and problems to me.

Signed this 13 day of September, 2007.

_Theodore Blandford_
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

9-13-07
(Date)

_Theodore Blandford_
(Signature of Plaintiff)

# Superior Court of the District of Columbia

APPEARANCE BOND

UNITED STATES OF AMERICA
DISTRICT OF COLUMBIA

CASE NO. 06FUG-28881

pickup
2/15/07
10-5pm

v.

Theodore Blandford

☐ Surety Bond          ☒ Cash Bond          ☐ Per Centum Bond

We the undersigned jointly and severally acknowledge that we and our personal representatives are bound to pay to the United States of America/District of Columbia the sum of _____
1500 dollars ($ _____ ); and hereby deposit the sum of _____
_____ dollars ($ _____ ) with the Court as security therefor. Such deposit to be returned upon the performance of the conditions of release.

The conditions of this bond are that the above-named defendant is to appear in the Superior Court of the District of Columbia, and/or in the United States District Court for the District of Columbia in accordance with all orders and directions of the Court relating to the defendant's appearance and release in the above-entitled matter.

If the defendant appears as ordered and otherwise performs the foregoing conditions, then this bond is to be void, but if the defendant fails to perform the conditions, payment of the amount of the bond shall be due forthwith, and secured as provided by the Rules of the Superior Court of the District of Columbia and by the Federal Rules of Criminal Procedure and by other laws of the United States.

It is agreed and understood that this is a continuing bond which shall continue in full force and effect until such time as the undersigned are duly exonerated.

This bond is signed on this 5 day of January, 20 07 at Washington, D.C., and a copy is hereby received.

_____    _____
Defendant                    Address

_____    _____
Surety                       Address

Ada L. Coleman              X 1731 S. 13th Rd. Arlington
Party Posting Cash Bond      Address

Signed and acknowledged before me this 5 day of January, 20 07

Next Court date: _____

For: _____    _____
                                  Deputy Clerk

White – Jacket Copy    Canary – Bondsman Copy    Pink – Defendant's Copy

Received Mail Room 2007 JAN 11 US District Court, District of Columbia Nancy Mayer Whittington, Clerk

```
Superior Court of District of Columbia
Criminal Division
500 Indiana Ave NW
Washington, D.C. 20001

      Receipt 23815              Date    01/05/07
      Case Number 2006 FUG 028881
      Description  BLANFORD, THEODORE


      Received From COLEMAN, ADA
      On Behalf Of BLANFORD, THEODORE
                                 Amount Reference
      Payment Type               760.00
      Cash
                                 Amount
      Disbursements              750.00
      Other
                   Change        10.00
                                 Trans Date 01/05/07
      Cashier                               09:49:16


                   Comments
```

Serial No. 39452

## The Superior Court of the District of Columbia
### FINANCIAL OPERATIONS DIVISION

Washington, D.C., 1\5\07
(date)

To the Attorney General of the United States:
Release from your custody the body of **Theodore Blandford**
PDID 377632 DOB 6-3-48

committed _____
(date)

WITNESS the Honorable Chief Judge of the Superior Court of the District of Columbia, and the seal of said Court.

Paid, $ 750.00 Cashbond

By: Stephanie Anthony
Deputy Clerk, Superior Court
of the District of Columbia

FORM FO(20)-1584/Jan. 98

```
02/07/2007  Event Resulted - Release Status:  PR
            The following event: Bench Warrant Return
            Hearing scheduled for 02/07/2007 at 2:30 pm
            has been resulted as follows:  AUSA Robert
            Little present.  Deft. appeared voluntary.
            Bench Warrant Ordered Quashed.  Deft. met
            requirements in demanding state of Maryland.
            Case dismissed by the court.  (Posted bond may
            be returned).  2-7-07.  mpd.

            Result: Held
            Judge: KING III, RUFUS G    Location:
            Courtroom 315
            THEODORE BLANFORD (Defendant (Criminal)); ;
            Judge RUFUS G KING III

02/07/2007  Alert Changed
            *Failure to Appear issued on 02/02/2007
            For: BLANFORD, THEODORE was changed on
            02/07/2007  15:07:52 by DREWERYM

02/07/2007  Alert Cancelled
            *Failure to Appear canceled on: 02/07/2007
            For: BLANFORD, THEODORE

02/07/2007  Alert Issued
            *Failure to Appear issued on: 02/07/2007
            For: BLANFORD, THEODORE
            Bond Amt:
            Alert Conditions(s):

02/07/2007  Event Scheduled ***NO JACKET****
            Event: Bench Warrant Return Hearing
            Date: 02/07/2007   Time: 2:30 pm
            Judge: KING III, RUFUS G    Location:
            Courtroom 315

            Result: Held

02/05/2007  Bench Warrant and Routing Slip Forwarded to
            U.S. Marshal's office. EDC.

02/02/2007  Defendant Failed to Appear   Bench Warrant
            Issued
            The following event: Extradition Hearing
            scheduled for 02/02/2007 at 4:00 pm has been
            resulted as follows:  Deft. failed to report
            to the demanding state of Maryland voluntary
            as promised.  Bench Warrant Issued.  No Bond.
            2-2-07.  mpd.

            Result: Defendant Failed to Appear
            Judge: KING III, RUFUS G    Location:
            Courtroom 315
            Charge #1: Arrest Charge

02/02/2007  Form Filed:  Faxed document form deft. to
            Judges Chambers

02/02/2007  Form Generated:

            Felony Bench Warrant
            Sent on:  02/02/2007  16:33:49
02/02/2007  Alert Issued
```

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

## I (a) PLAINTIFFS
THEODORE BLANDFORD

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF **11001**
(EXCEPT IN U.S. PLAINTIFF CASES)

PRO SE

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
# 216 825

## DEFENDANTS
District of Columbia

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE

Case: 1:07-cv-01942
Assigned To : Huvelle, Ellen S.
Assign. Date : 10/29/2007
Description: Civil Rights-Non-Employ.

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

### ☐ A. Antitrust
☐ 410 Antitrust

### ☐ B. Personal Injury/Malpractice
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Medical Malpractice
- ☐ 365 Product Liability
- ☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review
☐ 151 Medicare Act

**Social Security:**
- ☐ 861 HIA ((1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g)
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g)

**Other Statutes**
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

## ☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil

**Real Property**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent, Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**Personal Property**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**Bankruptcy**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**Property Rights**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**Federal Tax Suits**
- ☐ 870 Taxes (US plaintiff or defendant)
- ☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
- ☐ 610 Agriculture
- ☐ 620 Other Food &Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**Other Statutes**
- ☐ 400 State Reapportionment
- ☐ 430 Banks & Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation

- ☐ 470 Racketeer Influenced & Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Satellite TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 900 Appeal of fee determination under equal access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

**No Summons Issued**

| ☐ G. *Habeas Corpus/ 2255*<br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT*<br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☒ L. *Other Civil Rights (non-employment)*<br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☒ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ Multi district Litigation ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
42 USC 1983

**VII. REQUESTED IN COMPLAINT** CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐   DEMAND $ 21,000.00   Check YES only if demanded in complaint JURY DEMAND: ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY** (See instruction) ☐ YES ☒ NO   If yes, please complete related case form.

DATE 10/29/07   SIGNATURE OF ATTORNEY OF RECORD NCD

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd

