FILED
OCT 2 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Theodore Blandford,         )
                            )
         Plaintiff,         )
                            )
    v.                      )    Civil Action No.    07 1942
                            )
D.C. Jail,                  )
                            )
         Defendant.         )

ORDER

Because the District of Columbia Jail may not be sued in its own name, it is this 24th day of October 2007,

ORDERED that pursuant to Fed. R. Civ. P. 17, the District of Columbia is substituted as the Defendant.

_____
United States District Judge