CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THEODORE BLANDFORD )<br>)<br>)<br>)<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>)<br>DISTRICT OF COLUMBIA )<br>)<br>)<br>)<br>)<br>Defendant )<br>) | Civil Case Number 07-1942 (RCL)<br><br>Category     L |

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on <u>October 30, 2007</u> from <u>Judge Ellen S. Huvelle</u> to <u>Judge Royce C. Lamberth</u> by direction of the Calendar Committee.

(Reassigned as related to 06cv0315)

<u>JUDGE ELLEN S. HUVELLE</u>
Chair, Calendar and Case
Management Committee

cc:   <u>Judge Huvelle</u> & Courtroom Deputy
      <u>Judge Lamberth</u> & Courtroom Deputy
      Liaison, Calendar and Case Management Committee
      Civil Case Processing Clerk ✓