UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                          )
**THEODORE BLANDFORD,**                   )
                                          )
      **Plaintiff,**     )
                                          )   C.A. No. 07-1942 (RCL)
v.                                        )
                                          )
**DISTRICT OF COLUMBIA,**                 )
                                          )
      **Defendant.**     )
_____)

**DEFENDANT DISTRICT OF COLUMBIA'S MOTION FOR EXTENSION OF TIME, *NUNC PRO TUNC*, TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**

Defendant District of Columbia (the "District"), by and through undersigned counsel, respectfully requests that the Court permit to be filed the District of Columbia's Motion for Summary Judgment In Response to Plaintiff's Complaint, which is being submitted to the Court contemporaneously with this Motion. In support thereof, the District states as follows:

1. Plaintiff filed his Complaint in this matter on October 29, 2007. In his Complaint, Plaintiff claims that he was supposed to be released from his term of incarceration at the D.C. Jail on January 5, 2007, but that he was overdetained at the D.C. Jail for seven (7) days until January 12, 2007.

2. The District's response to the Complaint was due on January 30, 2008.

3. This matter was assigned to undersigned counsel on February 7, 2008.

4. Upon physically receiving the complaisant a request was made to the DC Department of Corrections (DCDOC) for documents relevant to this matter so that a more informed response to the complaint could be filed.

5. DCDOC provided the relevant documents on or about February 28, 2008.

6. In the meantime, undersigned counsel was in trial in the matter of *Squires v. District of Columbia,* 05-1120 (JR).

7. The District respectfully requests that the Court permit it to file its Summary Judgment Motion. As demonstrated in the Motion for Summary Judgment, all credible evidence supports that the Plaintiff was released from the D.C. Jail on January 5, 2007 as required.

8. Pursuant to LCvR 7(m), undersigned counsel was not able to contact the *pro se* Plaintiff to ascertain his position on this Motion as there was no phone number listed for Plaintiff on the docket or on Plaintiff's Complaint.

Accordingly, the District respectfully requests that the Court permit to be filed *nunc pro tunc* the District's Motion for Summary Judgment.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division


\_\_/s/  Nicole L. Lynch_____
NICOLE L. LYNCH [471953]
Chief, Section II

    /s/
    DAVID A. JACKSON [471535])
    Assistant Attorney General
    441 4th Street, NW, 6th Floor South
    Washington, DC 20001
    (202) 724-6618
    Fax:  (202) 727-3625
    Davida.jackson@dc.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of March, 2008, I served a copy of the foregoing upon the *pro se* Plaintiff, Theodore Blandford, 1731 13th South Road, Arlington, Virginia 22204, via first-class mail, postage prepaid.

    _____
    David A. Jackson
    Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                )
**THEODORE BLANDFORD,**         )
                                )
       Plaintiff,              )
                                )  C.A. No. 07-1942 (RCL)
  v.                            )
                                )
**DISTRICT OF COLUMBIA,**       )
                                )
       Defendant.             )
_____)

**POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT DISTRICT OF COLUMBIA'S MOTION FOR EXTENSION OF TIME, *NUNC PRO TUNC*, TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**

1. Fed. R. Civ. P. 6.

2. Fed. R. Civ. P. 56.

3. The interests of justice and the record herein.

         Respectfully submitted,

         PETER J. NICKLES
         Interim Attorney General for the District of Columbia

         GEORGE C. VALENTINE
         Deputy Attorney General
         Civil Litigation Division

         ___/s/ Nicole L. Lynch_____
         NICOLE L. LYNCH [471953]
         Chief, Section II

         ___/s/_____
         DAVID A. JACKSON [471535])
         Assistant Attorney General
         441 4th Street, NW, 6th Floor South
         Washington, DC 20001
         (202) 724-6618
         Fax: (202) 727-3625
         davida.jackson@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THEODORE BLANDFORD,** ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **DISTRICT OF COLUMBIA,** ) <br> ) <br> Defendant. ) <br> ) | C.A. No. 07-1942 (RCL) |

**ORDER**

Before the Court is the District of Columbia's Motion for Extension of Time, *Nunc Pro Tunc,* to File a Responsive Pleading to Plaintiff's Complaint. Upon consideration of the District's Motion, it is this ____ day of _____, 2008:

**ORDERED** that the District of Columbia's Motion for Extension of Time, *Nunc Pro Tunc*, to File a Responsive Pleading to Plaintiff's Complaint be and hereby is **granted**; and it is

**FURTHER ORDERED** that the District of Columbia's Motion for Summary Judgment in Response to Plaintiff's Complaint be and hereby is **ordered to be filed.**

_____
Hon. Royce C. Lamberth
United States District Judge