Case No. 1:07-CV-01942-RCL Document

**RECEIVED**
APR 2 8 2008
CHAMBERS OF
JUDGE LAMBERTH
THEODORE BLANDFORD
1731 13th South Road
Arlington, VA 22204

Let this be filed.
cy. to defense counsel
Royce C. Lamberth 4/30/08
U.S.D.J.

Filed 4-22-08
Civil Action
No. 07-1942(RCL)

*Theodore Blandford*
THEODORE BLANDFORD

I CAN PROVE THAT I WAS held SEVEN days FROM MY FRIEND Post BOND. I HAD A letter FAX to A Judge IN SUPERIOR COURT. The FAX STATED that I had gone to ANNAPolis Md. And got A Bench WARRANT Removed FROM the COURT AND got A NEW COURT date. This WARRANT Stayed in the COMPUTER AT D.C. JAIL WHEN MY FRIEND Posted The BOND. WhereBy D.C. jail Refused to Release me - until A White Case Manage At the jail FAX A judge to VERIFIED that I HAD INFACT gotten it DROP.