UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THEODORE BLANDFORD,  )<br>            )<br>      Plaintiff,  )<br>            )   C.A. No. 07-1942 (RCL)<br>   v.       )<br>            )<br>DISTRICT OF COLUMBIA,  )<br>            )<br>      Defendant.  )<br> | |

**NOTICE OF WITHDRAWAL**

THE CLERK WILL PLEASE withdraw the appearance of Assistant Attorney General David A. Jackson as counsel for Defendant District of Columbia as Shana L. Frost has entered her appearance on behalf of the Defendant District of Columbia.

                Respectfully submitted,

                PETER J. NICKLES
                Interim Attorney General
                for the District of Columbia

                GEORGE C. VALENTINE
                Deputy Attorney General
                Civil Litigation Division

                /s/Samuel C. Kaplan/s/_____
                SAMUEL C. KAPLAN (463350)
                Assistant Deputy Attorney General

<u>/s/David a. Jackson/s/</u>
DAVID A. JACKSON (471535)
Assistant Attorney General
441 4th Street, NW, 6th Floor South
Washington, DC 20001
Direct Line (202) 724-6618
Fax: (202) 727-3625
davida.jackson@dc.gov
